JOHN K. ROUNDS, State Bar No. 170531
ROUNDS & SUTTER, LLP
674 County Square Drive, Suite 108
Ventura, CA.  93003
Telephone:	(805) 650-7100
Facsimile:	(805) 832-6315
Email:	jrounds@rslawllp.com

Attorneys for Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUL 31 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ortiz    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>RONALD FRANCES PALMER and<br><br>LOLA MARIE PALMER<br><br>　　　　　　Debtors. | Case No.: 9:18-bk-10894-DS<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>Status Conference:<br>Date:　July 17, 2018<br>Time:　11:30 a.m.<br>Crtrm:　201<br>　　　　1415 State Street<br>　　　　Santa Barbara, CA 93101 |

　　　　On July 17, 2018 at 11:30 a.m., a status conference was held in the above-captioned case. Appearances were noted on the record.  Based on the ruling of the court on the record at the hearing,

　　　　IT IS HEREBY ORDERED that the claims bar date is September 10, 2018 (the "Bar Date").

　　　　IT IS FURTHER ORDERED that, on or before July 31, 2018, Debtors must serve written notice of the Bar Date on all creditors and the United States Trustee, using mandatory court from F 3003-1 .NOTICE.BARDATE.

IT IS FURTHER ORDERED that the deadline to file objections to claims is October 12, 2018.

### #

Date: July 31, 2018

Deborah J. Saltzman
United States Bankruptcy Judge

- 2 -