UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| Ronald Frances Palmer | | |
| Lola Marie Palmer | Case Number: | 9:18-bk-10894-DS |
| | Operating Report Number: | 4 |
| Debtor(s). | For the Month Ending: | September 30, 2018 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (HOUSEHOLD ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 5,309.06 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 2,055.24 |
| 3. BEGINNING BALANCE: | 3,253.82 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 2,125.00 |
| 5. BALANCE: | 5,378.82 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 2,660.59 |
| 7. ENDING BALANCE: | 2,718.23 |

8. Household Account Number(s): # XXXXXX3140
Depository Name & Location: US Bank
PO Box 1800, Saint Paul, MN 55101-0800

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM HOUSEHOLD ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/5/2018 | 1013 | Aetna | Medical Insurance | 24.30 |
| 9/5/2018 | 1012 | Aetna | Medical Insurance | 19.70 |
| 9/5/2018 | 1008 | US Postal Service | PO Box Rent Fee | 269.00 |
| 9/5/2018 | 1009 | Transamerica Life Insuranc | Medical Insurance | 203.00 |
| 9/5/2018 | 1010 | Transamerica Life Insuranc | Medical Insurance | 203.00 |
| 9/5/2018 | 1014 | Verizon Wireless | Cell Phone | 86.82 |
| 9/6/2018 | 1011 | Intuit-Lacerte | Tax Return Preparation | 168.00 |
| 9/12/2018 | EFT | General Account | Transfer Funds to General Account | 1,000.00 |
| 9/17/2018 | EFT | US Bank | Fees | 5.00 |
| 9/25/2018 | 1021 | Cash | Petty Cash | 200.00 |
| 9/26/2018 | 1015 | Aweber | Auto Responder | 19.00 |
| 9/27/2018 | 1016 | Frontier | Telephone | 56.77 |
| 9/28/2018 | 1017 | Transamerica Life Insuranc | Medical Insurance | 203.00 |
| 9/28/2018 | 1018 | Transamerica Life Insuranc | Medical Insurance | 203.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | **2,660.59** |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: 9/30/2018 Balance on Statement: 2,718.23

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |

TOTAL DEPOSITS IN TRANSIT 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |

TOTAL OUTSTANDING CHECKS: 0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: $2,718.23

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Vehicle | | | | |
| Other: | | | | |
| | | | | |
| | | | | |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| Sole Proprietor Account: | 2,718.23 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: | |
| | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 384.07 |

TOTAL CASH AVAILABLE: 3,102.30

Petty Cash Transactions:

| Date | Purpose | | Amount |
|---|---|---|---|
| 9/5/2018 | CVS Pharmacy | Prescription | 9.52 |
| 9/5/2018 | CVS Pharmacy | Prescription | 79.38 |
| 9/5/2018 | CVS Pharmacy | Prescription | 10.98 |
| 9/18/2018 | Staples | Supplies | 74.44 |
| 9/18/2018 | Village Chevron | Gas | 45.00 |
| 9/25/2018 | CVS Pharmacy | Prescription | 65.25 |
| 9/25/2018 | Village Chevron | Gas | 45.00 |
| 9/28/2018 | Fed Ex | Delivery | 54.50 |

TOTAL PETTY CASH TRANSACTIONS: 384.07

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

# VI. UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization INFORMATION ISSUES RELATED TO SALE OF HOUSE

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Ronald F. Palmer, Debtor,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

11/28/18
Date

Principal for debtor-in-possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| Ronald Frances Palmer | | |
| Lola Marie Palmer | Case Number: | 9:18-bk-10894-DS |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | September 30, 2018 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (HOUSEHOLD ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 9,176.48 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 6,771.92 |
| 3. BEGINNING BALANCE: | 2,404.56 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 3,801.00 |
| 5. BALANCE: | 6,205.56 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 3,310.18 |
| 7. ENDING BALANCE: | 2,895.38 |

8. Household Account Number(s): # XXXXXX3132
Depository Name & Location: US Bank
PO Box 1800, Saint Paul, MN 55101-0800

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM HOUSEHOLD ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/4/2018 | 116 | ACSC | Auto Insurance | 159.17 |
| 9/5/2018 | 117 | Southern California Edison | Electricity | 135.52 |
| 9/5/2018 | 118 | California Fair Plan | Homeowner's Insurance | 796.10 |
| 9/5/2018 | 120 | Cash | Petty Cash | 300.00 |
| 9/12/2018 | 121 | Cash | Petty Cash | 400.00 |
| 9/19/2018 | 122 | Cash | Petty Cash | 400.00 |
| 9/22/2018 | 123 | Cash | Petty Cash | 200.00 |
| 9/25/2018 | 205 | Waste Management | Trash | 114.39 |
| 9/26/2018 | 202 | ACSC | Auto Insurance | 157.74 |
| 9/26/2018 | 209 | L.A. Waterworks | Water | 164.40 |
| 9/27/2018 | 124 | PODS Enterprises, LLC | Storage Rental | 235.41 |
| 9/27/2018 | 125 | Frontier | Telephone, TV and Internet | 245.45 |
| 9/28/2018 | EFT | US Bank | Fee | 2.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | **3,310.18** |

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: 9/30/2018 Balance on Statement: 2,895.38

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: 0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: $2,895.38

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Rushmore Loan Managen | Monthly | 6070.88 | 4 | 24,283.52 |
| Rushmore Loan Managen | Monthly | 927.76 | 4 | 3,711.04 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 27,994.56 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | State Farm General Insura | 300000.00 | 12/18/2018 | 12/18/2018 |
| Vehicle | Auto Club of So. Ca. | 300000.00 | 8/4/2019 | 9/30/2018 |
| Other: | Califonia Fair Plan | 791903.00 | 9/15/2018 | 9/15/2019 |
| | | | | |
| | | | | |
| | | | | |

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | | |
|---|---|---|
| | Sole Proprietor Account: | 2,895.38 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 1,178.44 |

TOTAL CASH AVAILABLE: 4,073.82

Petty Cash Transactions:

| Date | Purpose | | Amount |
|---|---|---|---|
| 9/1/2018 | In-N-Out | Food | 14.13 |
| 9/1/2018 | Smart & Final | Groceries | 24.74 |
| 9/1/2018 | Target | Groceries | 18.78 |
| 9/2/2018 | Carl's Jr | Food | 11.64 |
| 9/5/2018 | Costco | Food | 7.84 |
| 9/5/2018 | Pavilions | Groceries | 31.64 |
| 9/5/2018 | Costco | Groceries | 229.73 |
| 9/5/2018 | CVS Pharmacy | Groceries | 28.94 |
| 9/6/2018 | Subway | Food | 10.40 |
| 10/18/2018 | Pavilions | Groceries | 23.91 |
| 12/18/2018 | Smart & Final | Groceries | 17.75 |
| 9/11/2018 | Pavilions | Groceries | 19.25 |
| 9/12/2018 | Costco | Groceries | 69.65 |
| 9/12/2018 | Costco | Food | 8.94 |
| 9/12/2018 | Target | Groceries | 42.03 |
| 9/14/2018 | CVS Pharmacy | Card | 3.96 |
| 9/14/2018 | Little Calf | Food | 26.92 |
| 9/17/2018 | Pavilions | Groceries | 28.13 |
| 9/18/2018 | Corner Bakery Café | Food | 20.30 |
| 9/19/2018 | Costco | Food | 10.03 |
| 9/17/2018 | Target | Groceries | 18.94 |
| 9/21/2018 | Costco | Food | 3.10 |
| 9/21/2018 | Target | Groceries | 13.15 |
| 9/21/2018 | CVS Pharmacy | Groceries | 10.98 |
| 9/21/2018 | Costco | Groceries | 78.60 |
| 9/21/2018 | Corner Bakery Café | Food | 21.20 |
| 9/22/2018 | Corner Bakery Café | Food | 17.60 |

| | | | |
|---|---|---|---|
| 9/22/2018 | The Home Depot | Batteries & Supplies | 109.59 |
| 9/22/2018 | Vons | Groceries | 14.00 |
| 9/24/2018 | Pavilions | Groceries | 30.81 |
| 9/25/2018 | CVS Pharmacy | Groceries | 54.27 |
| 9/25/2018 | Panera Bread | Food | 33.29 |
| 9/25/2018 | Smart & Final | Groceries | 11.36 |
| 9/26/2018 | Pavilions | Groceries | 19.07 |
| 9/27/2018 | Subway | Food | 10.40 |
| 9/27/2018 | Pavilions | Groceries | 32.07 |
| 9/28/2018 | Target | Groceries | 18.13 |
| 9/28/2018 | Corner bakery Café | Food | 20.30 |
| 9/29/2018 | Carl's Jr. | Food | 12.87 |
| | | | |

TOTAL PETTY CASH TRANSACTIONS: 1178.44

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2018 | 325.00 | 325.00 | 1-Aug-2018 | 325.00 | 0.00 |
| 30-Sep-2018 | 325.00 | 325.00 | 24-Oct-2018 | 325.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

XI. QUESTIONNAIRE

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
INFORMATION ISSUES RELATED TO SALE OF HOUSE

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Ronald F. Palmer, Debtor,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

11/28/18
Date

Principal for debtor-in-possession

usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5280 TRN S Y ST01

**Business Statement**
Account Number:
3140
Statement Period:
Sep 4, 2018
through
Sep 28, 2018



000064697 01 AB 0.408 106481744702469 P Y
ESTATE OF RONALD F PALMER CPA
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 91810894DS
5269 HORIZON DR
MALIBU CA 90265-3735

*To Contact U.S. Bank*

*24-Hour Business Solutions:* *1-800-673-3555*

*U.S. Bank accepts Relay Calls*

*Internet:* *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet.

**Effective November 12th, 2018** the **"Your Deposit Account Agreement"** booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. The main updates that were made to **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Under sub section **Consumer Overdraft Protection** - additional language on overdraft protection advancement.
- Under sub section **Business Banking Overdraft Protection** - additional language on overdraft protection advancement.
- Removal of sub section **Returns at Merchants** and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## SILVER BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number 3140

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Sep 4 | | $ | 3,253.82 |
| Customer Deposits | 1 | | 2,125.00 |
| Other Withdrawals | 2 | | 1,005.00- |
| Checks Paid | 12 | | 1,655.59- |
| **Ending Balance on Sep 30, 2018** | | **$** | **2,718.23** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Sep 25 | 8358048463 | 2,125.00 |

**Total Customer Deposits $ 2,125.00**

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 12 | Internet Banking Transfer | To Account 3132 | | $ | 1,000.00- |
| Sep 17 | Analysis Service Charge | | 1700000000 | | 5.00- |

**Total Other Withdrawals $ 1,005.00-**

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1008 | Sep 5 | 8656010392 | 269.00 | 1015* | Sep 26 | 8653929126 | 19.00 |
| 1009 | Sep 5 | 8657430353 | 203.00 | 1016 | Sep 27 | 8952473781 | 56.77 |
| 1010 | Sep 5 | 8657430352 | 203.00 | 1017 | Sep 28 | 9252759702 | 203.00 |
| 1011 | Sep 6 | 8956245893 | 168.00 | 1018 | Sep 28 | 9252759703 | 203.00 |
| 1012 | Sep 5 | 8658039397 | 19.70 | 1021* | Sep 25 | 8358048429 | 200.00 |
| 1013 | Sep 5 | 8658039396 | 24.30 | | | | |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement. $__________
4. Enter the total deposits recorded in the Outstanding Deposits section. $__________
5. Total lines 3 and 4. $__________
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $__________
7. Subtract line 6 from line 5. This is your balance. $__________
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC





usbank.

ESTATE OF RONALD F PALMER CPA
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 91810894DS
5269 HORIZON DR
MALIBU CA 90265-3735

**Business Statement**
Account Number:
[redacted]3140

Statement Period:
Sep 4, 2018
through
Sep 28, 2018

## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

Account Number [redacted]3140

**Checks Presented Conventionally (continued)**

* Gap in check sequence

**Conventional Checks Paid (11)** $ 1,568.77-

**Checks Presented Electronically**

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1014 | Sep 5 | | 86.82 | PAYMENTS | VERIZON FINANCIA |

**Electronic Checks Paid (1)** $ 86.82-

**Total Checks Paid** $ 1,655.59-

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 5 | 2,448.00 | Sep 17 | 1,275.00 | Sep 27 | 3,124.23 |
| Sep 6 | 2,280.00 | Sep 25 | 3,200.00 | Sep 28 | 2,718.23 |
| Sep 12 | 1,280.00 | Sep 26 | 3,181.00 | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: August 2018

| | | | |
|---|---|---|---|
| Account Number: | [redacted]3140 | $ | 5.00 |
| Analysis Service Charge assessed to | [redacted]3140 | $ | 5.00 |

**Service Activity Detail for Account Number [redacted]3140**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 13 | | No Charge |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-575-1501-3140 | | | $ 5.00 |

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement
- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"
- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section



ESTATE OF RONALD F PALMER CPA
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 91810894DS
5269 HORIZON DR
MALIBU CA 90265-3735

**Business Statement**
Account Number:
[redacted]3140

Statement Period:
Sep 4, 2018
through
Sep 28, 2018



## ADDITIONAL INFORMATION (CONTINUED)

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.

usbank.

**Uni-Statement**
Account Number:
[redacted]3132
Statement Period:
Sep 1, 2018
through
Sep 30, 2018



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5280 TRN S X ST01

000000901 01 AB 0.408 106481744808149 P Y
ESTATE OF RONALD F PALMER
LOLA M PALMER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #91810894DS
6269 HORIZON DR
MALIBU CA 90265-3735

***To Contact U.S. Bank***

***By Phone:*** *1-800-US BANKS (1-800-872-2657)*

***U.S. Bank accepts Relay Calls***

***Internet:*** *usbank.com*

## NEWS FOR YOU

**Your privacy and security are our priority.**
With the U.S. Bank Mobile App, your private information stays private, thanks to advanced encryption and firewall technology. For added peace of mind, you can activate 24/7 security alerts on your phone. If fraud is detected, you'll be notified when it happens. Don't have the app? Visit usbank.com/bankinapp to learn more and download the app today.

## INFORMATION YOU SHOULD KNOW

**Effective September 14th, 2018** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this statement for the main updates that were made to **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** brochure.

**Effective November 12th, 2018** the **"Your Deposit Account Agreement"** booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up a copy at your local branch, view a copy on usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. The main updates that were made to **"Your Deposit Account Agreement"** booklet sections and sub sections include:

- Under sub section **Consumer Overdraft Protection** - additional language on overdraft protection advancement.
- Under sub section **Business Banking Overdraft Protection** - additional language on overdraft protection advancement.
- Removal of sub section **Returns at Merchants** and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## EASY CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** [redacted]3132

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 1 | $ | 2,404.56 | Number of Days in Statement Period | | 30 |
| Deposits / Credits | | 3,801.00 | Average Account Balance | $ | 1,693.38 |
| Other Withdrawals | | 2.00- | Customer Segment | | Senior |
| Checks Paid | | 3,308.18- | | | |
| **Ending Balance on Sep 30, 2018** | **$** | **2,895.38** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 12 | Internet Banking Transfer | From Account [redacted]3140 | | $ | 1,000.00 |
| Sep 26 | Federal Benefit Deposit REF=182640040299790N00 | From SSA TREAS 310 XXSOC SEC 9031036030 4698B S | | | 893.00 |
| Sep 26 | Federal Benefit Deposit REF=182640040299780N00 | From SSA TREAS 310 XXSOC SEC 9031036030 4698A S | | | 1,908.00 |
| | | | **Total Deposits / Credits** | **$** | **3,801.00** |



BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement. $________
4. Enter the total deposits recorded in the Outstanding Deposits section. $________
5. Total lines 3 and 4. $________
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $________
7. Subtract line 6 from line 5. This is your balance. $________
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC





ESTATE OF RONALD F PALMER
LOLA M PALMER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #91810894DS
5269 HORIZON DR
MALIBU CA 90265-3735

**Uni-Statement**
Account Number:
3132

Statement Period:
Sep 1, 2018
through
Sep 30, 2018





## EASY CHECKING (CONTINUED)

U.S. Bank National Association
Account Number 3132

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Sep 28 | Paper Statement Fee | 2800001454 | $ | 2.00- |
| | | **Total Other Withdrawals** | **$** | **2.00-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0116 | Sep 4 | 8359100997 | 159.17 | 0123 | Sep 24 | 8059481723 | 200.00 |
| 0117 | Sep 5 | 8658608069 | 135.52 | 0124 | Sep 27 | 8953153206 | 235.41 |
| 0118 | Sep 5 | 8658037851 | 796.10 | 0125 | Sep 27 | 8952473770 | 245.45 |
| 0120* | Sep 5 | 8659025684 | 300.00 | 0202* | Sep 26 | 8654669217 | 157.74 |
| 0121 | Sep 12 | 8656089752 | 400.00 | 0205* | Sep 25 | 8356631270 | 114.39 |
| 0122 | Sep 19 | 8655987738 | 400.00 | 0209* | Sep 26 | 8654667205 | 164.40 |

* Gap in check sequence

**Conventional Checks Paid (12) $ 3,308.18-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 4 | 2,245.39 | Sep 19 | 1,213.77 | Sep 26 | 3,378.24 |
| Sep 5 | 1,013.77 | Sep 24 | 1,013.77 | Sep 27 | 2,897.38 |
| Sep 12 | 1,613.77 | Sep 25 | 899.38 | Sep 28 | 2,895.38 |

Balances only appear for days reflecting change.

## ADDITIONAL INFORMATION

**Effective September 14, 2018** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Addition of *Real-Time Payment/Prohibition on Foreign Payments* section to the agreement
- Addition of *Retention of Documents* section to the agreement
- Added language pertaining to cut off time, retention of documents and large cash deposits added to the *Transaction Posting Order* section
- Clarification in the definition of "Available Balance" in the *Insufficient Funds and Overdrafts* section
- Additional language added to the *Insufficient Funds and Overdrafts* section regarding Extended Overdraft fees
- Updated language in the *Insufficient Funds and Overdrafts* section as it relates to ATM and Debit Card Overdraft Coverage options
- Title change from "Small Business" to "Business Banking"
- Added explanation pertaining to the order and possible fee(s) when linking accounts for Overdraft Transfer Protection in the *Overdraft Protection Plans* section
- Changes to eligible accounts, U.S. Bank Business Reserve Line of Credit for Business Banking and advances on U.S. Bank Business Credit Cards as it relates to overdraft protection in the *Overdraft Protection Plans* section
- Title change from "Private Client" Account to "Wealth Management" Account
- Addition of the Arbitration clause to the *U.S. Bank Consumer Reserve Line Agreement* section
- Removal of state specific language in the *Cost of Collection* section
- Updates in the Important *Military Lending Act Information* section

**Effective September 14, 2018** the main updates to note in the revised **"Consumer Pricing Information"** brochure include:

- The addition of a new *Additional Features* section explaining all consumer checking and savings features and benefits, not previously listed in the **"Consumer Pricing Information"** brochure
- The addition of the *Benefits for Military and Senior Customers* explaining all the features and benefits for Military Servicemembers and Seniors, not previously listed in the **"Consumer Pricing Information"** brochure
- Disclosure clarification regarding fees pertaining to U.S. Bank and Non-U.S. Bank brand ATM's
- Clarification on the processing and structure of Extended Overdraft Fees
- The **Withdrawal Charge** associated with Federal Regulation D savings withdrawal limits has been further outlined in the *Miscellaneous Checking, Savings or Money Market Fees* section

usbank

ESTATE OF RONALD F PALMER
LOLA M PALMER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #91810894DS
5269 HORIZON DR
MALIBU CA 90265-3735

**Uni-Statement**
Account Number:
[redacted]3132

Statement Period:
Sep 1, 2018
through
Sep 30, 2018



**ADDITIONAL INFORMATION** **(CONTINUED)**

Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies.