JOHN K. ROUNDS, State Bar No. 170531
RANDALL V. SUTTER, State Bar No. 243040
ROUNDS & SUTTER, LLP
674 County Square Dr Ste 108
P.O. Box 5856
Ventura, CA. 93005
Telephone:    (805) 650-7100
Facsimile:    (805) 832-6315
Email:    rsutter@rslawllp.com

Counsel for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Ronald and Lola Palmer,**<br><br>Debtors in possession. | Case No.: 9:18-bk-10894-DS<br><br>Chapter 11<br><br>**REQUEST FOR STATUS CONFERENCE PURSUANT TO 11 U.S.C. 105(d)(1)**<br><br>Date:    January 29, 2019<br>Time:    1:30 p.m.<br>Place:    U.S. Bankruptcy Court<br>　　　　Courtroom #201<br>　　　　1415 State Street<br>　　　　Santa Barbara, CA 93101 |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES AND\OR THEIR COUNSEL OF RECORD:**

Pursuant to 11 U.S.C. 105(d)(1), Ronald and Lola Palmer, the Debtors in Possession in the above captioned bankruptcy case, hereby requests the Court set and hold a Status Conference in the Bankruptcy Court at the date and time set forth above.

This request is necessitated as a result of last month's wildfire in Malibu that destroyed the Debtors' residence. Preservation of the Debtors' residence is the objective of this herein case, and the recent developments, including the introduction of the insurance and construction aspects, will modify previous intentions related to the funding and timing of the Chapter 11 Plan.

The Debtors will submit an updated Status Report, detailing insurance policy coverage details, new 1st Trust Deed and 2nd Trust Deed lender servicing, and prospective residential construction parameters from the local building permit agencies to allow the Debtors and the Court to determine optimal restructuring. The details of the above information to be provided in the updated Status Report are not presently available to Counsel for the Debtors.

Respectfully submitted,

DATED: 12/4/18          LAW OFFICES OF ROUNDS & SUTTER LLP

By: _____
John K Rounds, Attorney for Debtor

| In re: | CHAPTER: 11 |
|---|---|
| **Ronald Frances Palmer** <br> **Lola Marie Palmer** <br><br> Debtor(s). | CASE NUMBER: **9:18-bk-10894-DS** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**674 County Square Dr., Suite 108**
**Ventura, CA 93003**

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR STATUS CONFERENCE PURSUANT TO 11 U.S.C. 105(d)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/06/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COURTESY NEF:** Greg P Campbell     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**ATTORNEY FOR U.S. TRUSTEE:** Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
**COURTESY NEF:** Kelly M Raftery     bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
**ATTORNEY FOR DEBTOR:** John K Rounds     jrounds@rslawllp.com, ecf@rslawllp.com
**COURTESY NEF:** Valerie Smith     claims@recoverycorp.com
**United States Trustee** (ND)     ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **12/06/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE**
**United States Bankruptcy Court**
**The Honorable Deborah J. Saltzman**
**255 E. Temple Street, Suite 1634**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, TELEPHONIC NOTICE OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/06/2018 | Claudia Rivera | */s/ Claudia Rivera* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER **11** |
|---|---|
| **Ronald Frances Palmer**<br>**Lola Marie Palmer**<br>Debtor(s). | CASE NUMBER **9:18-bk-10894** |

## SERVICE INFORMATION CONTINUED:

### 2. SERVED BY UNITED STATES MAIL:

Ronald Frances Palmer
PO Box 6350
Malibu, CA 90264

Lola Marie Palmer
PO Box 6350
Malibu, CA 90264

JT Legal Group, APC
Attn: Michael Avanesian, Esq.
801 N Brand Blvd., Suite 1130
Glendale, CA 91203

MTGLQ Investors LP
6011 Connection Drive 5th Fl.
Irving, TX 75039

Rushmore Loan Mgmt. Services
PO Box 55004
Irvine, CA 92619-2708

Quality Loan Service Corp
411 Ivy Street
San Diego, CA 92101

Southern California Edison
1551 W. San Bernardino Road
Covina, CA 91722

L.A. County Waterworks District
1000 South Fremont Avenue
Building A9-E, 4th Floor
Alhambra, CA 91803

Waste Management
1001 Fannin Street
Houston, TX 77002

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Verizon
PO Box 4005
Acworth, GA 30101-9006

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McCarthy & Holthus, LLP
411 Ivy Street
San Diego, CA 92101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1