**FILED & ENTERED**

**DEC 10 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ortiz       DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>RONALD FRANCES PALMER<br>LOLA MARIE PALMER<br><br><br><br>                                    Debtors. | Case No. 9:18-bk-10894-DS<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR CHAPTER 11 STATUS CONFERENCE**<br><br>Status Conference:<br>Date:       January 29, 2019<br>Time:      1:30 p.m.<br>Place:      Courtroom 201<br>                1415 State Street<br>                Santa Barbara, CA 93101 |

The court having reviewed and considered the "Request for Status Conference Pursuant to 11 U.S.C. 105(d)(1)" (the "Request," Docket No. 60), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Request is granted, and a status conference in this case will be held on January 29, 2019 at 1:30 p.m.

/ / /

IT IS FURTHER ORDERED that, no later than January 22, 2018, the debtors shall file a status report including the information referred to in the Request.

###

Date: December 10, 2018

Deborah J. Saltzman
United States Bankruptcy Judge