# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5280    DUP         S    X    IP01

*FILED DEC 12 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk*

*18-10894*

**Uni-Statement**
Account Number:
1 575 1501 3132
Statement Period:
Nov 1, 2018
through
Nov 30, 2018

Page 1 of 1

000007233 01 SP 0.470 106481817875282 P N
ESTATE OF RONALD F PALMER
LOLA M PALMER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #91810894DS
1415 STATE ST
SANTA BARBARA CA  93101-2511

☎    To Contact U.S. Bank
By Phone:    1-800-US BANKS
(1-800-872-2657)
U.S. Bank accepts Relay Calls
Internet:    usbank.com

## NEWS FOR YOU

Give a Visa® Gift Card. Available at any U.S. Bank branch.

## EASY CHECKING

U.S. Bank National Association

Member FDIC
Account Number 1-575-1501-3132

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Nov 1 | $ | 5,254.45 |
| Deposits / Credits | | 92,051.00 |
| Other Withdrawals | | 2.00- |
| Checks Paid | | 3,350.51- |
| Ending Balance on Nov 30, 2018 | $ | 93,952.94 |

| | | |
|---|---|---|
| Number of Days in Statement Period | | 30 |
| Average Account Balance | $ | 6,849.39 |
| Customer Segment | | Senior |

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 28 | Federal Benefit Deposit REF=183270103360400N00 | From SSA  TREAS 310  XXSOC SEC 9031036360  4698B S | | $ 893.00 |
| Nov 28 | Federal Benefit Deposit REF=183270103360390N00 | From SSA  TREAS 310  XXSOC SEC 9031036360  4698A S | | 1,908.00 |
| Nov 30 | Deposit | | 9256213281 | 2,000.00 |
| Nov 30 | Deposit | | 9256213278 | 87,250.00 |
| | | Total Deposits / Credits | $ | 92,051.00 |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov 30 | Paper Statement Fee | 3000001424 | $ 2.00- |
| | | Total Other Withdrawals | $ 2.00- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0214 | Nov 6 | 8356031241 | 94.69 | 0219 | Nov 13 | 8450123811 | 500.00 |
| 0215 | Nov 1 | 8955785652 | 300.00 | 0220 | Nov 15 | 8956006267 | 300.00 |
| 0216 | Nov 5 | 8150771215 | 200.00 | 0221 | Nov 19 | 8150011047 | 500.00 |
| 0217 | Nov 8 | 8955887711 | 200.00 | 0222 | Nov 21 | 8656704069 | 600.00 |
| 0218 | Nov 16 | 9252616260 | 155.82 | 0223 | Nov 30 | 9256213196 | 500.00 |
| | | | | | Conventional Checks Paid (10) | $ | 3,350.51- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 4,954.45 | Nov 13 | 3,959.76 | Nov 21 | 2,403.94 |
| Nov 5 | 4,754.45 | Nov 15 | 3,659.76 | Nov 28 | 5,204.94 |
| Nov 6 | 4,659.76 | Nov 16 | 3,503.94 | Nov 30 | 93,952.94 |
| Nov 8 | 4,459.76 | Nov 19 | 3,003.94 | | |

Balances only appear for days reflecting change.